UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Carol A. Souza                                                    Chapter 13
                                                                  Case Number 17-14334
       Debtor                                             Honorable Joan N. Feeney

_____/

**ORDER RE: MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Wells Fargo Bank, N.A., by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 24 Shore Street, New Bedford, MA 02744 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Wells Fargo Bank, N.A. for Relief From Stay is allowed and Wells Fargo Bank, N.A. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage dated April 4, 2007 and recorded with the Bristol County (S.D.)  Registry of Deeds at Book 8605, Page 58 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

    At _____ this _____ day of _____, 2018.

                                                                               _/s/ Joan N. Feeney_    08/31/2018
                                                                  Honorable Joan N. Feeney
                                                                  U.S. BANKRUPTCY JUDGE